**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
PBS West Billing Services

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CARRILLO,<br><br>                  Plaintiff,<br><br>vs.<br><br>FRESNO CREDIT BUREAU D/B/A CREDITORS BUREAU USA; CMRE FINANCIAL SERVICES, INC.; MIRAMED REVENUE GROUP, LLC; PBS WEST BILLING SERVICES; CORONIS HEALTH I, LLC; and DOES 1-10, Inclusive,<br><br>                  Defendants. | Case No.: 5:25-cv-03474-RGK-E<br><br>**STIPULATION TO EXTEND DEFENDANT PBS WEST BILLING SERVICES' TIME TO RESPOND TO THE COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:           Jan. 6, 2025<br>Current Response Date: Jan. 27, 2026<br>New Response Date:      Feb. 24, 2026 |

Pursuant to Local Rule 8-3, Plaintiff Jacob Carrillo ("Plaintiff"), and Defendant PBS West Billing Services ("Defendant"), by and through their respective counsel, hereby stipulate and agree to extend Defendant's time to respond to the Complaint until February 24, 2026. This is Defendant's first request for an extension.

Dated: January 27, 2026          **THE CREDIT ATTORNEY, INC.**

                                  By:  */s/ Ely Grinvald*
                                       Youssef H. Hammoud
                                       Ely Grinvald
                                       Attorneys for Plaintiff
                                       Jacob Carrillo

Dated: January 27, 2026          **YU | MOHANDESI LLP**

                                  By:  */s/ Brett B. Goodman*
                                       Brett B. Goodman
                                       Attorney for Defendant
                                       PBS West Billing Services

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 27, 2026          **YU | MOHANDESI LLP**

                                  By:  */s/ Brett B. Goodman*
                                       Brett B. Goodman
                                       Attorney for Defendant
                                       PBS West Billing Services

— 1 —

STIPULATION TO EXTEND RESPONSE DEADLINE

# CERTIFICATE OF SERVICE

I certify that on January 27, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

Dated: January 27, 2026

By: */s/ Brett B. Goodman*
      Brett B. Goodman